UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-CIV-61862-UNGARO/O'SULLIVAN

WILMINE ALMONOR, Individually And
On Behalf Of All Others Similarly Situated,

       Plaintiff,

v.

BANKATLANTIC BANCORP, INC., et al.,

       Defendants.
_____/

**JOINT MOTION FOR ENTRY OF CONFIDENTIALITY STIPULATION AND ORDER**

       Plaintiff Wilmine Almonor and Defendants BankAtlantic Bancorp, Inc., the Security Plus Plan Committee, the Compensation Committee, and the individual defendants, through undersigned counsel and pursuant to Fed.R.Civ.P. 26(c), hereby jointly move for the entry of the attached Confidentiality Stipulation and Order.  As reflected in the Confidentiality Stipulation and Order, the parties have agreed that it is necessary to facilitate the production and receipt of discovery in this action that may involve confidential financial, trade secret, commercially sensitive, or personally sensitive information of the parties.

       WHEREFORE, plaintiff and defendants stipulate and jointly move for the entry of the attached Confidentiality Stipulation and Order.

Respectfully Submitted,

| | |
|---|---|
| STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. <br> Museum Tower, Suite 2200 <br> 150 West Flagler Street <br> Miami, FL 33130 <br> Telephone: (305) 789-3200 <br> Facsimile: (305) 789-3395 <br><br> /s Eugene E. Stearns <br> Eugene E. Stearns <br> Florida Bar No. 149335 <br> Richard B. Jackson <br> Florida Bar No. 898910 <br> Adam M. Schachter <br> Florida Bar No. 647101 <br> Gordon M. Mead, Jr. <br> Florida Bar No. 49896 <br><br> *Attorneys for Defendants* | SAXENA WHITE P.A. <br> 2424 North Federal Highway, Suite 257 <br> Boca Raton, FL 33431 <br> Telephone: (561) 394-3399 <br> Facsimile: (561) 394-3382 <br><br> /s Maya Saxena <br> Maya Saxena <br> Florida Bar No. 00954494 <br><br> Lee Squitieri <br> SQUITIERI & FEARON LLP <br> 32 East 57th Street, 12th Floor <br> New York, NY 10022 <br> Telephone: (212) 983-1300 <br> Facsimile: (212) 421-6553 <br><br> Thomas J. McKenna <br> GAINEY & McKENNA <br> 295 Madison Avenue <br> New York, NY 1001 7 <br> Telephone: (212) 983-1300 <br> Facsimile: (212) 983-0383 <br><br> *Attorneys for Wilmine Almonor* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or other approved means.

                                                      s/ Gordon M. Mead, Jr.
                                                      GORDON M. MEAD, JR.

## SERVICE LIST

*Wilmine Almonor v. Bancorp, et al.*
CASE NO. 07-61862-CIV-UNGARO
United States District Court for the Southern District of Florida


Maya S. Saxena
msaxena@saxenawhite.com
Joseph E. White III
jwhite@saxenawhite.com
Christopher S. Jones
cjones@saxenawhite.com
SAXENA WHITE, PA
2424 N. Federal Highway
Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile:  (561) 394-3382

Thomas J. McKenna
tjmckenna@gaineyandmckenna.com
GAINEY & McKENNA
295 Madison Avenue
New York, NY 10017
Telephone: (212) 983-1300
Facsimile:  (212) 983-0383

Lee Squitieri
lee@sfclasslaw.com
SQUITIERI & FEARON, LLP
32 East 57th Street, 12th Floor
New York, NY 10022
Telephone: (212) 421-6492
Facsimile: (212) 421-6553

*Attorneys for Plaintiff*